UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK | CIVIL ACTION NO. 07-0595 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LWC MANAGEMENT CO. INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

JUDGMENT

For the reasons set forth in the Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Partial Summary Judgment [Doc. No. 21] filed by Plaintiff Louisiana Environmental Action Network is GRANTED. Judgment is entered in favor of Plaintiff and against Defendants LWC Management Company, Inc. and Louisiana Land & Water Company for 889 days of discharging pollutants in violation of the Clean Water Act, 33 U.S.C. § 1251, et seq.

MONROE, LOUISIANA, this 21st day of August, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE