RECEIVED
IN MONROE, LA
AUG 3 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK | CIVIL ACTION NO. 07-0595 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LWC MANAGEMENT CO. INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 35], together with the written objections thereto filed with this Court [Doc. Nos. 38 & 41], and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment herein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 15] filed by Defendants LWC Management Co, Inc.; Louisiana Land & Water Co., Inc.; UDS Management Corp.; and Jeffrey Pruett is DENIED.

MONROE, LOUISIANA, this 29th day of August, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE