UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LOUISIANA ENVIRONMENTAL ACTION NETWORK** ) | **CIVIL ACTION NO: 3:07-cv-595** |
| ) | |
| ) | **JUDGE JAMES** |
| v. ) | |
| ) | **MAGISTRATE JUDGE HAYES** |
| **LWC MANAGEMENT CO., INC. ET AL.** ) | |

**Unopposed Motion To Continue Status Conference and Incorporated Memorandum**

Plaintiff moves the Court to continue the telephonic status conference in the above-captioned matter until a date soon after December 30th, 2009. The conference is currently scheduled for Tuesday, December 1, 2009 at 1:00 p.m. Unfortunately, the independent expert that the parties had agreed on to oversee the consent decree will not be able to perform those duties due to a change in his personal situation. The parties are attempting to find a new mutually agreeable expert. Consequently, the reason for Plaintiff's request for a status conference has been removed. There remain pending motions to withdraw as counsel, but the undersigned has contacted Kai Midboe and Stephanie Laborde regarding these motions to continue, and they have no objection to a continuance.

Respectfully submitted,

s/ Clay Garside_____
Clay Garside (LA Bar # 29873)
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@waltzerlaw.com
Tele: (504)   254-4400

**Certificate of Service**
All parties will receive the "Notice of Electronic Filing" automatically generated by the Court's Electronic Filing System. There is no party that requires conventional service. Aqua America is being provided a courtesy copy via email.