UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **LOUISIANA ENVIRONMENTAL ACTION NETWORK** | * | **CIVIL ACTION NO.  07-0595** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **LWC MANAGEMENT CO. INC., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## REPORT AND RECOMMENDATION

On June 8, 2012, the District Judge granted Louisiana Environmental Action Network's ("LEAN") Second Motion for Contempt and to Enforce the Consent Decree, awarded costs and fees pursuant to the terms of the consent decree, and ordered LEAN to file appropriate evidence of the attorney's fees and costs incurred during the filing and prosecution of the motion.  Docs. # 167, 168.  Pursuant to the Court's order, LEAN submitted the instant Motion for Attorney's Fees.  Doc. # 169.  The motion is unopposed.

In support of its motion, LEAN has submitted an affidavit from its attorney, Clay Garside, stating that his normal hourly rate is $350.00, and that he spent 50.5 hours on the entirety of this case, for a total of $17,675.00.  Aff., Doc. # 169-3.  The undersigned has reviewed Garside's affidavit and finds that the hourly rate and the number of hours is reasonable.

For the foregoing reasons,

IT IS RECOMMENDED that plaintiff LEAN be awarded reasonable attorneys' fees in the amount of **$17,675.00**.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and FRCP Rule 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

Thus done and signed, this 30th day of July, 2012, in chambers.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE