RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK | * | CIVIL ACTION NO. 07-0595 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| LWC MANAGEMENT CO. INC., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Louisiana Environmental Action Network's ("LEAN") Motion for Attorneys' Fees [Doc. No. 169] is GRANTED, and LEAN is hereby awarded reasonable attorneys' fees in the amount of $17,675.00.

MONROE, LOUISIANA, this 23 day of August 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE